ington, D. C., was on the brief, for appellant.

Mr. John L. Hamilton, Washington, D. C., with whom Messrs. George E. Hamilton and George E. Hamilton, III, Washington, D. C., were on the brief, for appellees Washington Terminal Company and Real Estate and Improvement Company of Baltimore City, Inc.

Mr. Roger P. Marquis, Atty., Dept. of Justice, for appellee United States of America.

Before EDGERTON, Chief Judge, and BASTIAN and BURGER, Circuit Judges.

Mr. Chester T. Lane, New York City, for appellant. Mr. Alexander B. Hawes, Washington, D. C., also entered an appearance for appellant.

Mr. David Ferber, Asst. Gen. Counsel, Securities and Exchange Commission, with whom Mr. Thomas G. Meeker, Gen. Counsel, Securities and Exchange Commission, was on the brief, for appellees.

Before EDGERTON, Chief Judge, and DANAHER and BURGER, Circuit Judges.

**Morris Mac SCHWEBEL, Appellant,**

v.

**Andrew D. ORRICK, Harold C. Patterson, Earl F. Hastings, James C. Sargent, Appellees**

No. 14103.

United States Court of Appeals District of Columbia Circuit.

Argued Dec. 12, 1957.

Decided Jan. 30, 1958.

Writ of Certiorari Denied April 7, 1958.

See 78 S.Ct. 716.

PER CURIAM.

Appellant asked the District Court to enjoin the Securities and Exchange Commission from conducting a hearing to determine whether appellant should be prevented from continuing to practice before the Commission. Though we think the District Court was right in dismissing the complaint, we think the plaintiff failed to exhaust his administrative remedy and the court therefore erred in ruling on the Commission's authority to disbar attorneys. Camp v. Herzog, 88 U.S.App.D.C. 373, 190 F.2d 605.

Affirmed.